**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE JUAREZ,<br><br>        Petitioner,<br><br>        v.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | NO. CV 18-06562-AS<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 15, 2019

                                                 /s/
                                     ALKA SAGAR
                         UNITED STATES MAGISTRATE JUDGE